UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

LAWRENCE YOUNG,

                        Plaintiff,

            -v-

ERIKA SMALLS and ABC CORPORATION,

                        Defendants.

17-CV-7695 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff Lawrence Young brings this action against Defendants Erika Smalls and ABC Corporation (collectively "Defendants"), asserting violations of the Americans with Disabilities Act, New York State Human Rights Law, and New York City Human Rights Law, in connection with the alleged failure of the website "www.serafinarestaurant.com" to be fully accessible to people who are blind or visually impaired.

This action was filed on October 6, 2017 (Dkt. No. 1), and the Amended Complaint naming the Defendants was filed on May 21, 2018 (Dkt. No. 25). The docket reflects that Plaintiff has not served Defendants. On September 27, 2018, the Court directed Plaintiff to advise the Court in writing why he has failed to serve the summons and complaint on Defendants, or, if the Defendants had been served, when and in what manner such service was made. (Dkt. No. 29.) The Court warned Plaintiff that if no written communication was received by October 12, 2018, the Court would dismiss the case. On October 12, 2018, Plaintiff filed a letter stating that he does not oppose the case being dismissed. (Dkt. No. 30.)

Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within 90 days after the complaint is filed. Rule 4(m) requires that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion

1

or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Accordingly, in light Plaintiff's failure to serve Defendants or show good cause justifying an extension of time in which to effect service, this case is DISMISSED without prejudice. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: October 15, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge